IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESTERN & SOUTHERN FINANCIAL GROUP, INC. AND IFS FINANCIAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOUCHSTONE INVESTMENT CONSULTANTS, LLC, <br><br> Defendant. | ) ) ) ) ) C.A. No: ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS WESTERN & SOUTHERN FINANCIAL GROUP, INC.
AND IFS FINANCIAL SERVICES, INC.'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Fed. R. Civ. P. 7.1(a), (i) Plaintiff Western & Southern Financial Group, Inc. advises the Court that it does not have any parent corporation nor is there any publicly held corporation that owns 10% or more of its stock and (ii) Plaintiff IFS Financial Services, Inc., is a wholly owned subsidiary of Western & Southern Financial Group, Inc.

OF COUNSEL:
Joseph R. Dreitler
Mary R. True
Brian J. Downey
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6800

Dated: May 23, 2006

/s/ _____
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs Western & Southern Financial Group, Inc. and IFS Financial Services, Inc.