# United States District Court

District Of Delaware

| | |
|---|---|
| WESTERN & SOUTHERN FINANCIAL GROUP, INC. AND IFS FINANCIAL SERVICES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>TOUCHSTONE INVESTMENT CONSULTANTS, LLC,<br><br>Defendant. | **SUMMONS IN A CIVIL CASE**<br><br>C.A. No:    06-339 |

TO:    **TOUCHSTONE INVESTMENT CONSULTANTS, LLC**
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904


YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY
**Jeffrey L. Moyer, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
(302) 651-7700**

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                MAY 2 3 2006
_____        _____
CLERK                                                      DATE

_[signature]_
(By) DEPUTY CLERK


RLF1-3014988-1

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 5/23/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: TOUCHSTONE INVESTMENT CONSULTANTS, LLC C/O NATIONAL REGISTERED AGENTS AT 160 GREENTREE DR. DOVER, DE COPIES THEREOF WERE ACCEPTED BY TINA BONOVICH

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/23/06
Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

ALSO SERVED
    CIVIL COVER SHEET
    RULE 7 1 DISCLOSURE STATEMENT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure