IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESTERN & SOUTHERN FINANCIAL GROUP, INC. AND IFS FINANCIAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOUCHSTONE INVESTMENT CONSULTANTS, LLC, <br><br> Defendant. | ) ) ) ) ) C.A. No: 06-339-SLR ) ) ) ) ) ) ) ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which defendant shall answer the Complaint is extended to and including June 26, 2006.

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
P.O. Bo 551
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs, Western & Southern
Financial Group, Inc. and IFS Financial
Services, Inc.

/s/ J. Thomas Vitt
_____
J. Thomas Vitt
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402-1498
(612) 340-2600
vitt.thomas@dorsey.com
Attorneys for Defendant

OF COUNSEL:

Joseph R. Dreitler
Frost Brown Todd
One Columbus, Suite 2300
10 West Broad Street
Columbus, Ohio 43215-3484

Mary R. True
Frost Brown Todd
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182

Dated: June 12, 2006