IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WESTERN & SOUTHERN FINANCIAL  :
GROUP, INC. AND IFS FINANCIAL  :
SERVICES, INC.  :
                                                   :
        Plaintiffs,                       :
                                                   :
v.                                              :    C.A. No: 06-339-SLR
                                                   :
TOUCHSTONE INVESTMENT                  :
CONSULTANTS, LLC                             :
                                                   :
        Defendant.                     :
                                                   :

## FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs, Western & Southern Financial Group, Inc. ("WSFG") and IFS Financial Services, Inc. ("IFS") (collectively, "Plaintiffs"), and defendant, Touchstone Investment Consultants, LLC ("Defendant"), have submitted to the Court the following stipulated consent judgment, which is hereby approved and adopted by the Court as the Final Judgment in this matter.

1. IFS owns valid and subsisting registrations in the United States Patent and Trademark Office ("PTO") for, *inter alia*, the following (the "Touchstone Marks"):

    TOUCHSTONE- Registration No. 1,977,192, registered May 28, 1996 for financial services, namely investment, management and distribution regarding mutual funds, variable annuities and fixed annuities; and brokerage trade clearing services;

    THE TOUCHSTONE FAMILY OF FUNDS, 1,974,147 registered May 14, 1996 for financial services, namely mutual fund investment, brokerage, and distribution.

    TOUCHSTONE INVESTMENTS – Registration No. 2,792,701, registered December 9, 2003 for financial services, namely, investment management and distribution regarding mutual funds, variable annuities and fixed annuities; and brokerage and brokerage trade clearing services.

2. Subsequent to Plaintiffs' adoption and use of its Touchstone Marks, Defendant began offering investment advisory and financial consulting services under the name "Touchstone Investment Consultants" and operated a website at www.touchstoneinvestmentconsultants.com.

3. Defendant is not affiliated with Plaintiffs, and is not licensed by Plaintiffs to sell Touchstone Funds or to make use of the Touchstone Marks.

4. Plaintiffs allege that the offering by Defendant of investment advisory and financial consulting services at its business, Touchstone Investment Consultants, LLC, its use of promotional materials containing that name, and its use of the website www.touchstoneinvestmentconsultants.com constitute infringement of trademarks under the Lanham Act, 15 U.S.C. § 1114(a) et seq., false designation of origin under the Lanham Act, 15 U.S.C. § 1125(a), and cybersquatting under the Lanham Act, 15 U.S.C. § 1125(d).

5. Defendant denies liability, and alleges, *inter alia,* that its use of the name Touchstone Investment Consultants is not likely to cause confusion. While denying liability, Defendant has consented to the entry of this Injunction for the purposes of a full and final settlement of this matter.

## PERMANENT INJUNCTION

This cause having come on for hearing and by and with the consent of the parties and the Court having been fully advised in the premises, it is hereby ORDERED, ADJUDGED, and DECREED that:

Defendant and its agents, servants, and employees are hereby ordered to:

1. Cease by no later than December 31, 2006, all use of the term "Touchstone" or any variation or colorable imitation, or any word that is confusingly similar thereto, for investment advisory and financial consulting services;

2. Cease by no later than December 31, 2006, all use of the term "Touchstone" in all advertising, marketing and promoting of Defendant's investment advisory and financial consulting services provided by Defendant;

3. By no later than December 31, 2006, destroy any remaining unused marketing, advertising, or promotional materials that use the term "Touchstone";

4. By no later than August 1, 2006, place a prominent disclaimer on any website with a domain name or content that includes the word "Touchstone" stating that Defendant is not affiliated with Plaintiffs; cease by no later than December 31, 2006, the operation of any website with a domain name that includes the word "Touchstone" or any variant thereof, and turn over all such domain names to Plaintiffs by no later than December 31, 2006;

5. Take the necessary steps to change the official legal name of Defendant's company so that it no longer contains the term "Touchstone" by no later than December 31, 2006;

6. By no later than December 31, 2006, remove all signs and other indicia on or near Defendants' premises that use the term "Touchstone";

7. By no later than December 31, 2006, call, and then follow such call with an appropriate confirming letter, to the business office of the telephone companies with which Defendant have current telephone service under the name Touchstone Investment Consultants LLC, and request said telephone companies to change the name of the listing to a name that does not include "Touchstone"; and

8. To file with this Court, by no later than January 15, 2007 an affidavit signed by an officer of the Defendant indicating that all of the above (1) through (7) have been complied with and detailing the steps taken to comply with this Court's order.

IT IS FURTHER ORDERED

1. That this Court has jurisdiction over the parties to and subject matter of this action.

2. That jurisdiction over this cause is retained by this Court for the sole purpose of enforcement of compliance herewith, and for further orders and directions as may be necessary or appropriate from the construction and effectuation of this Final Consent Judgment and Permanent Injunction.

3. That except for the relief herein granted, the above identified civil action, including all claims, counterclaims, and affirmative defenses which Plaintiffs or Defendant have, could have or should have accorded therein, is hereby dismissed with prejudice; and

4. Plaintiffs and Defendant have waived notice of the entry of this Final Consent Judgment and Permanent Injunction and the right to appeal therefrom or to test its validity.

Dated: July 19, 2006          Entered: _____
                                      United States District Judge

SO STIPULATED:

Touchstone Investment Consultants, LLC        Western & Southern Financial Group, Inc.

By: _____                   By: _____
Name: DAVID A GUTZKE                          Name: KEVIN L. HOWARD
Title: President                              Title: VICE PRESIDENT & ASSOCIATE
                                                     GENERAL COUNSEL

                                              IFS Financial Services, Inc.

                                              By: _____
                                              Name: JILL T. MCGRUDER
                                              Title: PRESIDENT AND CHIEF
                                                     EXECUTIVE OFFICER

5

Dated: July 19, 2006

Entered: _____
United States District Judge

SO STIPULATED:

Touchstone Investment Consultants, LLC

By: _____
Name: DAVID A. GUTZKE
Title: President

Western & Southern Financial Group, Inc.

By: _____
Name: _____
Title: _____

IFS Financial Services, Inc.

By: _____
Name: _____
Title: _____

5

APPROVED AS TO FORM:

*/s/ Patricia S. Rogowski/*
Patricia Smink Rogowski (#2632)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
progowski@cblh.com


OF COUNSEL:
J. Thomas Vitt
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
vitt.thomas@dorsey.com

Counsel for Defendant Touchstone Investment Consultants LLC

*/s/ Frederick L. Cottrell, III/*
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
fineman@rlf.com

OF COUNSEL:
Joseph R. Dreitler
Mary R. True
Frost Brown Todd LLC
One Columbus, Suite 2300
10 West Broad Street
Columbus, OH 43215

Counsel for Plaintiffs, Western & Southern Financial Group, Inc. and IFS Financial Services, Inc.

CINLibrary 0094861 0541236 1643603v 2