**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

WESTERN & SOUTHERN
FINANCIAL GROUP, INC. AND IFS
FINANCIAL SERVICES, INC.,

                Plaintiffs,                    C.A. No: 06-339-SLR

v.

TOUCHSTONE INVESTMENT
CONSULTANTS, LLC,

                Defendant.

## SUBMISSION OF AFFIDAVIT

    The attached affidavit of Defendant's officer, David J. Bromelkamp, is hereby submitted to confirm Defendant's compliance with the provisions of the Final Consent Judgment and Permanent Injunction (DI 9).

Dated:  January 11, 2007           CONNOLLY BOVE LODGE & HUTZ LLP

                                      By */s/ Patricia S. Rogowski*
                                        Patricia Smink Rogowski (Bar ID 2632)
                                        P.O. Box 2207
                                        1007 N. Orange Street
                                        Wilmington, DE  19899-2207
                                        Telephone:  (302) 658-9141
                                        progowski@cblh.com

                                        DORSEY & WHITNEY LLP
                                        J. Thomas Vitt (MN #183817)
                                        Suite 1500, 50 South Sixth Street
                                        Minneapolis, MN 55402-1498
                                        Telephone:  (612) 340-2600

                                        ***Attorneys for Defendant***
                                        ***Touchstone Investment Consultants, LLC***

514920_1.DOC

## CERTIFICATE OF SERVICE

I, hereby certify that on **January 11, 2007,** I electronically filed **Submission of Affidavit** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Frederick L. Cottrell, III, Jeffrey L. Moyer and Steven J. Fineman.

Frederick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

/s/ Patricia S. Rogowski
Patricia Smink Rogowski  (#2632)
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899-2207
Telephone:  (302) 658-9141
progowski@cblh.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WESTERN & SOUTHERN FINANCIAL
GROUP, INC. AND IFS FINANCIAL
SERVICES, INC.,

Plaintiffs,

v.

TOUCHSTONE INVESTMENT
CONSULTANTS, LLC,

Defendant.

Civil File No. 06-339-SLR

**AFFIDAVIT OF DAVID J.
BROMELKAMP**

I, David J. Bromelkamp, being duly sworn on oath, state as follows:

1.      I am the Chief Executive Officer of the Defendant Touchstone Investment
Consultants, LLC, which is now known as Allodium Investment Consultants, LLC
("Defendant"). I submit this affidavit as required by Paragraph 8 of the Final Consent Judgment
and Permanent Injunction of July 19, 2006. I make the statements in this affidavit based on my
own personal knowledge.

2.      Before December 31, 2006, Defendant ceased all use of the term "Touchstone" or
any variation or colorable imitation, or any word that is confusingly similar thereto, for
investment advisory and financial consulting services. As of December 14, 2006, Defendant
formally changed its official legal name to Allodium Investment Consultants, LLC. I attach as
Exhibit 1 a true and correct copy of the Certificate of Amendment filed with the Delaware
Secretary of State concerning the name change.

3.      As of and after December 14, 2006, Defendant began using the name "Allodium

Investment Consultants, LLC" in its business activities, and stopped using the name "Touchstone

Investment Consultants, LLC." Before December 31, 2006, Defendant had ceased all use of

"Touchstone" in any of our advertising, marketing, and promotion of the investment advisory

and financial consulting services we provide.

4.      Soon after the July 19 injunction, we informed all of our employees of the

requirements of the Court's order. We specifically informed them that all unused marketing,

advertising, and promotional materials containing the term "Touchstone" needed to be destroyed

by no later than December 31, 2006. During discussions at weekly staff meetings, we reminded

all of the employees of this requirement several times. As December 31, 2006 approached, we

followed up to make sure that all unused brochures and other marketing, advertising and

promotional materials had been destroyed. In confirming this point in connection with the

preparation of this affidavit during the first week in January, we did discover that one employee

had mistakenly kept a few envelopes and copies of letterhead at her desk; those documents were

promptly destroyed.

5.      Before August 1, 2006, Defendant placed a prominent disclaimer on its website

stating that Defendant is not affiliated with Plaintiffs. Defendant ceased operating its website

TOUCHSTONEINVESTMENTCONSULTANTS.COM on December 14, 2006, and has not

operated any website with a domain name containing the word "Touchstone" or any variant since

that time. On December 14, 2006 we began operating our new website, located at

www.aicria.com and featuring the ALLODIUM name.

6.      Our President, David Gutzke, contacted plaintiff's counsel, Joseph Dreitler, to arrange for the transfer of Defendant's domain name to the plaintiff.  At Mr. Dreitler's request, Mr. Gutzke then communicated with a trademark assistant at plaintiff's law firm, Samantha Quimby, to accomplish the transfer of the domain name.  It is my understanding that the transfer of the domain name TOUCHSTONEINVESTMENTCONSULTANTS.COM to the plaintiff took effect on December 28, 2006.

7.      All signs and other indicia on or near Defendant's premises that used the term "Touchstone" were removed on December 27, 2006.

8.      Before December 31, 2006, Defendant called, and then followed such call with an appropriate confirming letter, to the business office of the telephone companies with which Defendant had current telephone service under the name Touchstone Investment Consultants LLC, and requested said telephone companies to change the name of Defendant's listing to Allodium Investment Consultants, LLC.

David J. Bromelkamp

Subscribed and sworn to before me
this /O day of January, 2007.

Notary Public



SUSAN C. JOHNSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

4837-8520-1921\1

# Exhibit 1

# Delaware

PAGE 1

### *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF AMENDMENT OF "TOUCHSTONE INVESTMENT
CONSULTANTS, LLC", CHANGING ITS NAME FROM "TOUCHSTONE INVESTMENT
CONSULTANTS, LLC" TO "ALLODIUM INVESTMENT CONSULTANTS, LLC",
FILED IN THIS OFFICE ON THE FOURTEENTH DAY OF DECEMBER, A.D.
2006, AT 12:25 O'CLOCK P.M.



Harriet Smith Windsor, Secretary of State

3946561   8100

061145384

AUTHENTICATION: 5280401

DATE: 12-14-06

EXHIBIT 1

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 12:56 PM 12/14/2006*
*FILED 12:25 PM 12/14/2006*
*SRV 061145384 - 3946561 FILE*

# CERTIFICATE OF AMENDMENT

## OF THE

# CERTIFICATE OF FORMATION

## OF

# TOUCHSTONE INVESTMENT CONSULTANTS, LLC

Touchstone Investment Consultants, LLC, a limited liability company duly organized and existing under the Delaware Limited Liability Company Act (the "*Company*"), does hereby certify that:

FIRST:  The name of the limited liability company is Touchstone Investment Consultants, LLC

SECOND:  Article 1 of the Certificate of Formation of the Company is hereby amended to read in its entirety as follows:

## "ARTICLE 1.

The name of the limited liability company is Allodium Investment Consultants, LLC."

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment this __12th__ day of December, 2006.

By: _____
David Bromelkamp

By: _____
Jeremy Graff

By: _____
David Gutzke

4825-6538-1632\1